IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

UNITED STATES OF AMERICA

v.                                                         CRIMINAL CASE NO. 3:20-CR-00095 (REP)

RIGOBERTO GARCIA,
                         Defendant.

ORDER

This matter is before the Court for consideration of a report and recommendation by the

Magistrate Judge regarding the Magistrate Judge's acceptance of the Defendant's plea of guilty

to the specified charge in the pending matter pursuant to a Fed. R. Crim. P. 11 proceeding

conducted by the Magistrate Judge with the consent of the Defendant and counsel.  It appearing

that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant

was given notice of the right to file specific objections to the report and recommendation that has

been submitted as a result of the proceeding; and it further appearing that no objection has been

asserted within the prescribed time period, it is hereby

ORDERED that the report and recommendation of the Magistrate Judge is ADOPTED

and the Defendant is found guilty of Count ONE (1) of the Indictment (conspiracy to distribute

and possess with intent with distribute more than 5 kilograms of cocaine hydrochloride).

                                                                    /s/   REP
                                                         _____
                                                         Robert E. Payne
                                                         Senior United States District Judge

Date: March 17, 2021
Richmond, Virginia